**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
blukitsch@bakerlaw.com
Kamran B. Ahmadian (SBN 314566)
kahmadian@bakerlaw.com
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310-820-8800
Facsimile: 310-820-8859

*Attorneys for Defendant*
CULLIGAN INTERNATIONAL COMPANY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

REBEKA RODRIGUEZ, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

CULLIGAN INTERNATIONAL COMPANY, a Delaware corporation, d/b/a WWW.CULLIGAN.COM,

Defendant.

Case No.: 3:25-cv-00225-AJB-KSC

[*Assigned to the Hon. Anthony J. Battaglia*]

**DEFENDANT CULLIGAN INTERNATIONAL COMPANY'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT FOR VIOLATION OF CALIFORNIA INVASION OF PRIVACY ACT**

[*Filed concurrently with Memorandum of Points and Authorities in Support of Motion to Dismiss* ]

**<u>Hearing:</u>**

| | |
|---|---|
| Date: | July 17, 2025 |
| Time: | 2:00 p.m. |
| Courtroom: | 4A |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 17, 2025 at 2:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 4A of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, CA 92101, Defendant Culligan International Company ("Culligan") will and hereby does move for an order dismissing Plaintiff Rebeka Rodriguez's ("Plaintiff") putative Class Action Complaint ("Complaint"). This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that Plaintiff has not established Article III standing and otherwise fails to state a claim against Culligan upon which relief can be granted.

Culligan bases its Motion on this Notice, the accompanying Memorandum of Points and Authorities, the pleadings, papers and records on file in this action, and such oral argument as may be presented at the time of the hearing.

Dated: March 20, 2025

**BAKER & HOSTETLER LLP**

By: *<u>/s/ Kamran B. Ahmadian</u>*
Bethany G. Lukitsch, Esq.
Kamran B. Ahmadian, Esq.

*Attorneys for Defendant*
CULLIGAN INTERNATIONAL COMPANY

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES