**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch, Bar No. 314376
blukitsch@bakerlaw.com
Kamran B. Ahmadian, Bar No. 314556
kahmadian@bakrlaw.com
Andrew C. Burnquist, Bar No. 359076
aburnquist@bakerlaw.com
1900 Avenue of the Stars, Suite 2700
Los Angeles, California 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*
CULLIGAN INTERNATIONAL COMPANY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

REBEKA RODRIGUEZ, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

CULLIGAN INTERNATIONAL COMPANY, a Delaware corporation, d/b/a WWW.CULLIGAN.COM

Defendant.

Case No.: 3:25-cv-00225-AJB-KSC

Assigned to the Hon. Anthony J. Battaglia, Courtroom 4A

**DEFENDANT CULLIGAN INTERNATIONAL COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT VIOLATION OF CALIFORNIA INVASION OF PRIVACY ACT**

*[Hearing vacated per Dkt. No. 21]*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Culligan International Company hereby submits the following supplemental authority in support of its Motion to Dismiss Plaintiff's Class Action Complaint Violation of California Invasion Of Privacy Act filed on May 2, 2025 [Dkt. No. 16]:

- An order from the Central District of California in *Mitchener v. Talkspace Network, LLC,* No. 2:24-cv-07067-JAK (BFMx), 2025 WL 1822801 (C.D. Cal. June 27, 2025), attached hereto as **Exhibit 1**;
- An order from the Northern District of California in *Kishnani v. Royal Caribbean Cruises Ltd.*, No. 25-cv-01473-NW, 2025 WL 1745726 (N.D. Cal. June 24, 2025), attached hereto as **Exhibit 2**;
- An order from the Northern District of California in *Khamooshi v. Politico LLC*, No. 24-cv-07836-SK, 2025 WL 1408896 (N.D. Cal. May 13, 2025), attached hereto as **Exhibit 3**;

DATED: July 17, 2025

**BAKER & HOSTETLER LLP**

By: */s/ Bethany G. Lukitsch*
Bethany G. Lukitsch
Kamran B. Ahmadian
Andrew C. Burnquist

Attorneys for Defendant
DOTDASH MEDIA, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES