**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch, Bar No. 314376
blukitsch@bakerlaw.com
Kamran B. Ahmadian, Bar No. 314556
kahmadian@bakrlaw.com
Andrew C. Burnquist, Bar No. 359076
aburnquist@bakerlaw.com
1900 Avenue of the Stars, Suite 2700
Los Angeles, California 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*
CULLIGAN INTERNATIONAL COMPANY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

REBEKA RODRIGUEZ, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

CULLIGAN INTERNATIONAL COMPANY, a Delaware corporation, d/b/a WWW.CULLIGAN.COM

Defendant.

Case No.: 3:25-cv-00225-AJB-KSC

Assigned to the Hon. Anthony J. Battaglia, Courtroom 4A

**DEFENDANT CULLIGAN INTERNATIONAL COMPANY'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT VIOLATION OF CALIFORNIA INVASION OF PRIVACY ACT**

*[Hearing vacated per Dkt. No. 21]*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Culligan International Company hereby submits the following supplemental authority in support of its Motion to Dismiss Plaintiff's Class Action Complaint Violation of California Invasion Of Privacy Act filed on May 2, 2025 [Dkt. No. 16]:

- An order from the United States Court of Appeals for the Ninth Circuit in *Popa v. Microsoft Corporation,* No. 2:23-cv-00294-JLR, 2025 WL 2448824 (9th Cir. August 26, 2025), attached hereto as **Exhibit 1**;

DATED: August 27, 2025

**BAKER & HOSTETLER LLP**

By: */s/ Bethany G. Lukitsch*
Bethany G. Lukitsch
Kamran B. Ahmadian
Andrew C. Burnquist

*Attorneys for Defendant*
CULLIGAN INTERNATIONAL COMPANY