Scott J. Ferrell (Bar No. 202091)
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
**PACIFIC TRIAL ATTORNEYS, APC**
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile:  (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CULLIGAN INTERNATIONAL COMPANY, a Delaware corporation, d/b/a WWW.CULLIGAN.COM,<br><br>Defendant. | Case No. 3:25-cv-00225-AJB-KSC<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:   July 24, 2025<br>Time:  2:00 p.m.<br>Courtroom:  4A<br>Judge:  Hon. Anthony J. Battaglia |

Plaintiff Rebeka Rodriguez ("Plaintiff") hereby respectfully submits Plaintiff's Notice of Supplemental Authority in regards to Defendant's Motion to Dismiss to the First Amended Complaint that is *sub judice*, in order to bring to the Court's attention the recent decisions in *Gabrielli v. Haleon US Inc.*, No. 25-cv-02555-WHO, 2025 WL 2494368, at *4-*8, *11-*12 (N.D. Cal. Aug. 29, 2025) (Orrick, J.), *In re Meta Pixel Tax Filing Cases*, - F. Supp. 3d -, No. 22-cv-07557-PCP, 2025 WL 2243615, at *2-*6 (N.D. Cal. Aug. 6, 2025) (Pitts, J.), *Riganian v. Liveramp Holdings, Inc.*, - F. Supp. 3d -, No. 25-cv-00824-JST, 2025 WL 2021802, at *11-*12 (N.D. Cal. July 18, 2025) (Tigar, J.), and *Gabrielli v. Motorola Mobility LLC*, No. 24-cv-09533-JST, 2025 WL 1939957, at *11-*12 (N.D. Cal. July 14, 2025) (Tigar, J.).

The decisions set forth above did not come into existence until after Plaintiff had already filed her Memorandum of Points and Authorities in Support of Plaintiff's Response in Opposition to Defendant's Motion to Dismiss to the First Amended Complaint on May 19, 2025. (Doc. 18.) Thus, Plaintiff had no opportunity to address such decisions via Plaintiff's Memorandum filed on May 19, 2025.

Dated: September 2, 2025         PACIFIC TRIAL ATTORNEYS, P.C.

By: */s/ Scott J. Ferrell*
Scott. J. Ferrell
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I electronically filed the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

Dated:  September 2, 2025

                                                  */s/ Scott J. Ferrell*
                                                    Scott J. Ferrell